UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    S1 19Cr0130 (DLC)
                                          :
            -v-                           :         ORDER
                                          :
CHADRICK HALL,                            :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2020

Having received the defendant's February 21, 2020 letter withdrawing his request for a Fatico hearing, it is hereby

ORDERED that sentencing will proceed on **March 3 at 10:00 a.m.** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         February 26, 2020

                                    _____
                                          DENISE COTE
                                    United States District Judge