```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :
            -v-                      :     19cr130 (DLC)
                                     :
CHADRICK HALL,                       :        ORDER
                                     :
                  Defendant.         :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On July 1, 2020, defendant Chadrick Hall filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). It is hereby

ORDERED that the Government shall file its response to the July 1 motion by **July 16, 2020.**

Dated:   New York, New York
         July 2, 2020

　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　        DENISE COTE
　　　　　　　　　　　　　　　 United States District Judge