```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :    19cr130(DLC)
                                       :
          -v-                          :    ORDER
                                       :
CHADRICK HALL,                         :
                                       :
               Defendant.              :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

Having received the Government's letter of August 9, 2023, it is hereby

ORDERED that a hearing regarding specifications of violation of supervised release in this matter is scheduled for August 15, 2023 at 2:30 PM.

Dated:   New York, New York
         August 9, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge