**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 15, 2023

**By ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States* v. *Chadrick Hall*, 19 Cr. 130 (DLC)

Dear Judge Cote:

    As the Court is aware, Chadrick Hall has been charged in the above captioned matter with several violations of supervised release, and a hearing in the matter is scheduled for September 27, 2023.

    The Government respectfully moves, with Probation's consent, for the release of all documents, records, and communications in the possession of Probation that relate to the July 19, 2023 search of Chadrick Hall's residence at 3080 Park Avenue, Apartment 8A, Bronx, New York. The Government understands that this order is necessary before Probation can share its records with the United States Attorney's Office.

Granted.
*[signature]*
8/15/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/ Ni Qian
      Ni Qian
      Assistant United States Attorney
      (212) 637-2364