```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    19cr130(DLC)
                                         :
           -v-                           :    ORDER
                                         :
CHADRICK HALL,                           :
                                         :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the hearing regarding specifications of violation of supervised release in this matter scheduled for September 27 is adjourned to October 2, 2023 at 2:00 PM.

Dated:   New York, New York
         September 26, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge